# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Freeman, Beth L. | U. S. District Court, Northern District of California | 05/09/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |
|---|---|---|

**7. Chambers or Office Address**

U. S. District Court
280 South First St.
San Jose, CA 95113

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Governors | Association of Business Trial Lawyers |
| 2. Director, Secretary | Junior State of America Foundation |
| 3. Co-Trustee | Freeman Family Trust |
| 4. Director | Federal Practice Program |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1983 | San Mateo County Employees' Retirement Association - Pension |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 05/09/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | San Mateo County Employees' Retirement Association - Pension | $88,956.00 |
| 2. 2020 | State of California payment of wages owed as a result of litigation for state court judges | $3,728.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Jones Day Qualified Defined Benefit Pension Plan - Pension |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 05/09/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Freeman, Beth L.** | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Freeman Aggregate (H) | | | | | | | | | |
| 2. - DFA US Core Equity I Institutional | A | Dividend | K | T | | | | | |
| 3. - SPDR S&P 500 ETF | D | Dividend | N | T | | | | | |
| 4. - Schwab Total Stock Market Index Fund | A | Dividend | K | T | | | | | |
| 5. - Vanguard Dividend Appreciation ETF | B | Dividend | L | T | | | | | |
| 6. - Vanguard Growth Index Fund Admiral Shares | A | Dividend | L | T | | | | | |
| 7. - Vanguard Total Stock Market ETF | D | Dividend | N | T | | | | | |
| 8. - Artisan International Fund Advisor Class | | | | | Sold | 03/19/20 | J | | |
| 9. - Vanguard FTSE All World ex-US ETF | A | Dividend | K | T | | | | | |
| 10. - Vanguard Developed Markets ETF | B | Dividend | L | T | | | | | |
| 11. - iShares MSCI Pacific ex-Japan ETF | A | Dividend | K | T | | | | | |
| 12. - FPA Crescent Fund | B | Dividend | K | T | | | | | |
| 13. - Stone Ridge Reinsurance Risk Premium Fund | A | Dividend | K | T | Sold (part) | 02/28/20 | L | | |
| 14. | | | | | Sold (part) | 05/29/20 | J | | |
| 15. | | | | | Sold (part) | 08/21/20 | J | | |
| 16. | | | | | Sold (part) | 11/20/20 | J | | |
| 17. - RiverPark Short Term High Yield Fund | D | Dividend | O | T | Buy (add'l) | 04/23/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Freeman, Beth L.** | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 07/29/20 | K | | |
| 19. | | | | | Buy (add'l) | 11/09/20 | N | | |
| 20.    - Shenkman Short Duration High Income | E | Dividend | O | T | Sold (part) | 04/23/20 | M | | |
| 21. | | | | | Buy (add'l) | 11/09/20 | M | | |
| 22. | | | | | Buy (add'l) | 12/31/20 | J | | |
| 23.    - DoubleLine Total Return Bond Fund | E | Dividend | O | T | Sold (part) | 01/30/20 | O | E | |
| 24. | | | | | Sold (part) | 04/23/20 | N | A | |
| 25. | | | | | Buy (add'l) | 07/29/20 | K | | |
| 26. | | | | | Buy (add'l) | 11/09/20 | M | | |
| 27. | | | | | Buy (add'l) | 12/31/20 | J | | |
| 28.    - Voya Securitized Credit Fund | E | Dividend | O | T | Buy (add'l) | 04/23/20 | L | | |
| 29. | | | | | Buy (add'l) | 07/29/20 | J | | |
| 30. | | | | | Buy (add'l) | 11/09/20 | M | | |
| 31. | | | | | Buy (add'l) | 12/31/20 | J | | |
| 32.    - Schwab Government Money Market Fund | | None | J | T | Sold (part) | 01/23/20 | J | | |
| 33. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 34. | | | | | Sold (part) | 03/23/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Freeman, Beth L.** | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold<br>(part) | 06/21/20 | J | | |
| 36. | | | | | Buy<br>(add'l) | 07/23/20 | J | | |
| 37.   - AbbVie Inc Common Stock | B | Dividend | L | T | | | | | |
| 38.   - Abbott Laboratories Common Stock | A | Dividend | L | T | | | | | |
| 39.   - Apple Inc Common Stock | D | Dividend | P1 | T | | | | | |
| 40.   - CVS Corporation Common Stock | C | Dividend | M | T | | | | | |
| 41.   - Coca Cola Co. Common Stock | C | Dividend | L | T | Sold<br>(part) | 01/30/20 | K | | |
| 42.   - Colgate-Palmolive Co. Common Stock | A | Dividend | | | Sold | 01/30/20 | K | E | |
| 43.   - Comcast Corp. New Common Stock | D | Dividend | N | T | | | | | |
| 44.   - MasterCard Inc Common Stock | A | Dividend | M | T | | | | | |
| 45.   - McDonald Corp Common Stock | B | Dividend | L | T | | | | | |
| 46.   - Mircosoft Corp Common Stock | D | Dividend | O | T | | | | | |
| 47.   - Pepsico, Inc Common Stock | D | Dividend | N | T | | | | | |
| 48.   - Procter & Gamble Co Common Stock | C | Dividend | M | T | | | | | |
| 49.   - TJX Companies Inc Common Stock | | None | L | T | | | | | |
| 50.   - Visa, Inc Common Stock | B | Dividend | N | T | | | | | |
| 51.   - Walgreens Boots Alliance Inc Common<br>Stock | | | | | Sold | 01/30/20 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. - FSC Retreat at Conroe, Conroe, TX (2014 $75,000) | C | Rent | L | W | | | | | |
| 53. - FSC Estates at Canyon Ridge, San Antonio, TX (2014 $75,000) | | None | L | W | | | | | |
| 54. - FSC Granada Hills, Los Angeles, CA (2015 $75,000) | C | Rent | L | W | | | | | |
| 55. - FSC Brightwater, Seattle, WA (2016 $75,000) | C | Rent | L | W | | | | | |
| 56. - FSC La Paloma, Alburquerque, NM (2016 $75,000) | D | Rent | L | W | | | | | |
| 57. - FSC Still Waters, Austin, TX (2017 $125,000) | D | Rent | M | W | | | | | |
| 58. - FSC Old California, Austin, TX (2019 $130,000) | C | Rent | M | W | | | | | |
| 59. - Elements US Small Cap Portfolio | | | | | Sold (part) | 03/19/20 | M | | |
| 60. | | | | | Sold | 04/22/20 | M | | |
| 61. - Elements International Portfolio | | | | | Sold (part) | 01/23/20 | J | | |
| 62. | | | | | Sold (part) | 03/19/20 | O | | |
| 63. | | | | | Sold | 04/22/20 | N | | |
| 64. - Elements International Small Cap Portfolio | | | | | Sold (part) | 03/19/20 | K | | |
| 65. | | | | | Sold | 04/22/20 | M | | |
| 66. - Elements Emerging Markets Portfolio | | | | | Sold | 04/22/20 | N | | |
| 67. - CrossBridge Low Duration High Yield Fund | E | Dividend | O | T | Buy (add'l) | 04/23/20 | L | | |
| 68. - Robinson Tax Advantaged Income Fund | C | Dividend | | | Sold (part) | 01/27/20 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 02/27/20 | M | D | |
| 70. | | | | | Buy (add'l) | 04/23/20 | K | | |
| 71. | | | | | Sold (part) | 07/22/20 | M | | |
| 72. | | | | | Sold | 07/29/20 | L | A | |
| 73.  - Goldman Sachs MLP Energy Infrastructure Fund | D | Dividend | | | Buy (add'l) | 02/04/20 | M | | |
| 74. | | | | | Sold | 04/01/20 | M | | |
| 75.  - Doubleline Strategic Commodity Fund | | | | | Sold | 04/01/20 | N | | |
| 76.  - Brookfield Center Coast MLP Fund | B | Dividend | | | Sold | 02/04/20 | M | | |
| 77.  - RiverPark Floating Rate CMBS Fund | E | Dividend | | | Buy (add'l) | 01/30/20 | O | | |
| 78. | | | | | Buy (add'l) | 05/23/20 | N | | |
| 79. | | | | | Buy (add'l) | 07/29/20 | J | | |
| 80. | | | | | Sold | 11/09/20 | O | C | |
| 81.  - Vanguard FTSE All World Ex-US Small Cap Index Fund | D | Dividend | N | T | Buy (add'l) | 03/19/20 | K | | |
| 82. | | | | | Buy (add'l) | 04/22/20 | K | | |
| 83. | | | | | Buy (add'l) | 07/27/20 | K | | |
| 84.  - Vanguard Emerging Markets Fund | B | Dividend | M | T | Buy (add'l) | 04/22/20 | K | | |
| 85. | | | | | Buy (add'l) | 07/27/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  - Vanguard 500 Index Fund | D | Dividend | P1 | T | Buy | 04/22/20 | O | | |
| 87. | | | | | Buy (add'l) | 04/23/20 | K | | |
| 88. | | | | | Buy (add'l) | 05/14/20 | J | | |
| 89. | | | | | Buy (add'l) | 07/27/20 | M | | |
| 90.  - Vanguard Developed Markets Index Fund | E | Dividend | P1 | T | Buy | 03/19/20 | O | | |
| 91. | | | | | Buy (add'l) | 04/22/20 | L | | |
| 92. | | | | | Buy (add'l) | 07/27/20 | K | | |
| 93.  - Vanguard Small Cap Index Fund | C | Dividend | N | T | Buy | 03/19/20 | M | | |
| 94. | | | | | Buy (add'l) | 04/22/20 | L | | |
| 95. | | | | | Buy (add'l) | 07/27/20 | K | | |
| 96.  - Variant Alternative Income Fund | E | Dividend | P1 | T | Buy | 01/28/20 | N | | |
| 97. | | | | | Buy (add'l) | 02/28/20 | M | | |
| 98. | | | | | Buy (add'l) | 07/22/20 | O | | |
| 99.  - Cohen and Steers Institutional Realty Shares Fund | E | Dividend | | | Buy | 04/01/20 | O | | |
| 100. | | | | | Buy (add'l) | 04/23/20 | K | | |
| 101. | | | | | Sold (part) | 07/22/20 | N | | |
| 102. | | | | | Sold | 07/27/20 | N | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Freeman, Beth L.** | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.   - Charles Schwab Bank Cash Account | A | Interest | M | T | | | | | |
| 104.   Charitable Gift Account (H) | | | | | | | | | |
| 105.   - Schwab Charitable Equity Index Pool | None | | J | T | Sold (part) | 01/29/20 | J | | |
| 106. | | | | | Buy (add'l) | 09/10/20 | J | | |
| 107. | | | | | Sold (part) | 09/15/20 | J | | |
| 108. | | | | | Sold (part) | 10/06/20 | J | | |
| 109.   - Schwab Charitable Income Pool | None | | K | T | Sold (part) | 01/29/20 | J | | |
| 110. | | | | | Buy (add'l) | 09/10/20 | K | | |
| 111. | | | | | Sold (part) | 09/15/20 | J | | |
| 112. | | | | | Sold (part) | 10/06/20 | J | | |
| 113.   - Schwab Charitable International Pool | None | | J | T | Sold (part) | 01/29/20 | J | | |
| 114. | | | | | Buy (add'l) | 09/10/20 | J | | |
| 115. | | | | | Sold (part) | 09/15/20 | J | | |
| 116. | | | | | Sold (part) | 10/06/20 | J | | |
| 117.   - Schwab Charitable Money Market Pool | None | | K | T | Sold (part) | 01/29/20 | J | | |
| 118. | | | | | Buy (add'l) | 09/10/20 | K | | |
| 119. | | | | | Sold (part) | 09/15/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Freeman, Beth L.** | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold<br>(part) | 10/06/20 | J | | |
| 121.  - Schwab Charitable Short Term Income Pool | | None | K | T | Sold<br>(part) | 01/29/20 | J | | |
| 122. | | | | | Buy<br>(add'l) | 09/10/20 | K | | |
| 123. | | | | | Sold<br>(part) | 09/15/20 | J | | |
| 124. | | | | | Sold<br>(part) | 10/06/20 | J | | |
| 125.  New Heights Associates LLV (Inherited) | | None | M | W | | | | | |
| 126.  Jones Day Capital Account | A | Int./Div. | J | U | | | | | |
| 127.  Jones Day 2015 Fund | | None | N | T | | | | | |
| 128.  Wells Fargo Bank Checking Account | A | Int./Div. | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Freeman, Beth L.** | 05/09/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I line 2. Junior Statesmen Foundation changed its name to Junior State of America Foundation
Part VII line 10. Renamed from Vanguard FTSE Developed Markets ETF

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature: s/ Beth L. Freeman**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544